UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH MCCANN, et al

      Plaintiff,                       Case No. 18-cv-13495

                                       HON. LINDA V. PARKER

v.

CITY OF DETROIT, et al

      Defendant.
_____/

## ORDER STRIKING COMPLAINT

On November 9, 2018, Plaintiff filed a Complaint [ECF No. 1]. The complaint does not conform with Judge Parker's privacy requirement:

**PRIVACY**

Counsel must be vigilant regarding the use of private information in any filings (including deposition transcripts). Counsel must redact certain private information as set forth in Federal Rule of Civil Procedure 5.2.

Accordingly, Plaintiff's complaint is **STRICKEN** from the record. Plaintiff may re-file the complaint within one (1) day in strict compliance with Judge

Parker's requirement.

    **IT IS SO ORDERED.**

                                               s/ Linda V. Parker  
                                               LINDA V. PARKER  
                                               UNITED STATES DISTRICT JUDGE

Dated: November 13, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, November 13, 2018, by electronic and/or U.S. First Class mail.

                                               s/ R. Loury  
                                               Case Manager